## THE PEOPLE *v.* ORTIZ.

### APPEAL from the District Court of Mayagüez.

#### No. 4.—Decided October 10, 1904.

APPEAL—BILL OF EXCEPTIONS—MANIFEST ERROR IN RECORD.—There being no bill of exceptions, and no error appearing upon. the record which would justify the reversal of the judgment appealed from, the same must be affirmed.

The facts are stated in the opinion.
*Mr. Manuel F. Rossy,* for appellant.
*Mr. Rossy, Fiscal,* for the respondent.

MR. JUSTICE MACLEARY rendered the following opinion of the court:

In this cause the defendant was convicted of the crime of assault with intent to ravish, committed upon the person of his sister. After information duly presented, he was tried before a jury and found guilty as charged. He was sentenced by the court to six years' imprisonment in the penitentiary at hard labor and to payment of the costs.

He made a motion for a new trial on account of newly discovered evidence, which was overruled by the court for noncompliance with the statute. To this ruling he took an exception, which was noted in the record; but no bill of exceptions appears to have been made or presented to the district court.

An appeal was taken to this court. No counsel appeared for the prisoner, but one filed a brief in his behalf. The *fiscal* made a full argument both written and verbal.

After a careful consideration of the entire record no error

is apparent, and the judgment of the district court should be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras and Wolf concurred.